No. 83–1362. CLEVELAND BOARD OF EDUCATION v. LOUDERMILL ET AL.;

No. 83–1363. PARMA BOARD OF EDUCATION v. DONNELLY ET AL.; and

No. 83–6392. LOUDERMILL v. CLEVELAND BOARD OF EDUCATION ET AL. C. A. 6th Cir. [Certiorari granted, 467 U. S. 1204.] Motion of city respondents in No. 83–6392 for correction of caption and for divided argument denied.

No. 83–5954. LINDAHL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. [Certiorari granted, 467 U. S. 1251.] Motions of Willard Bronger et al. and Margaret Cheeseman et al. for leave to file briefs as amici curiae granted.

No. 83–6808. DALTON v. UNITED STATES ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 17, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.

No. 84–28. BROCKETT v. SPOKANE ARCADES, INC., ET AL.; and

No. 84–143. EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL. v. J-R DISTRIBUTORS, INC., ET AL. C. A. 9th Cir. [Probable jurisdiction noted, ante, p. 813.] Motion of Citizens for Decency Through Law, Inc., et al. for leave to file a brief as amici curiae granted.

No. 84–248. PINO v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT'S CHILDREN'S COURT IN AND FOR THE COUNTY OF BERNALILLO. Appeal from Sup. Ct. N. M.; and

No. 84–627. CITY COUNCIL OF THE CITY OF CHICAGO v. KETCHUM ET AL. C. A. 7th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.